D. Milson Thomas et al., Appellants, v. Town of Bedford et al, Respondents.—

Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

Susan Thompson, Respondent, v. Henry Litinsky et al., Defendants, and Louis A. D'Alecy, Appellant.—

Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

Stanley H. Winter, Respondent, v. Burdette S. Clark, Appellant.— Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

Allstate Insurance Company, Appellant, v. Herman Frazer, Respondent.—

Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

Charles Behr, Respondent, v. Norman V. Muller, Appellant.—

Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.